No. 64492.—Teigh, Inc. v. United States, protest 59/33675 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of fiber or hemp articles similar in all material respects to those the subject of Abstract 63552, the claim of the plaintiff was sustained.

No. 64493.—W. C. Sullivan & Company et al. v. United States, protests 59/8839–10579, etc. (Chicago).

Opinion by OLIVER, C.J. The protests were dismissed for lack of prosecution.

No. 64494.—Import Export Industries, Inc. v. United States, protests 329305–K, etc. (Tampa).

Opinion by OLIVER, C.J. The official papers in these cases disclosing that each protest was filed prior to liquidation, the protests were dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

BEFORE THE THIRD DIVISION, SEPTEMBER 12, 1960

No. 64495.—C. J. Tower & Sons et al. v. United States, protests 321147–K, etc. (Buffalo).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiffs was sustained.